UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
SECURITIES AND EXCHANGE
COMMISSION,

                      Plaintiff,                      23 Civ. 02795 (LJL)

                v.

CHARLIE JAVICE,

                      Defendant,

                -and-

CHARLIE JAVICE, in her capacity as Trustee
for the CHARLIE JAVICE 2021
IRREVOCABLE TRUST #1, and CHARLIE
JAVICE 2021 IRREVOCABLE TRUST #2,

                    Relief Defendants.
-------------------------------------------------------------x

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Wesley Wintermyer hereby moves this Court for an order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Securities and Exchange Commission in the above-captioned action.

I am a member in good standing of the bars of the District of Columbia and the State of Georgia, and there are no pending disciplinary proceedings against me in any state or federal

court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: April 6, 2023                               Respectfully submitted,

                                                   By:    /s/ Wesley Wintermyer
                                                          Wesley Wintermyer
                                                          Securities and Exchange Commission
                                                          New York Regional Office
                                                          100 Pearl Street, Suite 20-100
                                                          New York, New York 10004
                                                          (212) 336-5462
                                                          Email: wintermyerwe@SEC.GOV