UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
SECURITIES AND EXCHANGE :
COMMISSION, :
 :
                           Plaintiff, :        23 Civ. 02795 (LJL)
 :
                   v. :
 :        NOTICE OF
CHARLIE JAVICE, :        APPEARANCE
 :
                      Defendant, :
 :
                 -and- :
 :
CHARLIE JAVICE, in her capacity as Trustee :
for the CHARLIE JAVICE 2021 :
IRREVOCABLE TRUST #1, and CHARLIE :
JAVICE 2021 IRREVOCABLE TRUST #2, :
 :
                 Relief Defendants. :
------------------------------------------------------------x

## NOTICE OF APPEARANCE

Please take notice that the following attorney has entered her appearance as counsel in this case for Plaintiff Securities and Exchange Commission. He is admitted to practice before this court *pro hac vice* in this matter.

    Wesley Wintermyer
    Securities and Exchange Commission
    New York Regional Office
    100 Pearl Street, Suite 20-100
    New York, New York 10004
    (212) 336-5462
    Email:  wintermyerwe@SEC.GOV

Dated: April 7, 2023
      New York, New York        By:      s/ Wesley Wintermyer
                                                      Wesley Wintermyer

                                              Wesley Wintermyer
                                              Securities and Exchange Commission
                                              New York Regional Office
                                              100 Pearl Street, Suite 20-100
                                              New York, New York 10004
                                              (212) 336-5462
                                              Email:  wintermyerwe@SEC.GOV

                                              Attorney for Plaintiff