**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SECURITIES AND EXCHANGE COMMISSION,

               Plaintiff,

 - against –

CHARLIE JAVICE,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    **NOTICE OF MOTION**

    ECF Case

    No. 23 Civ. 02795 (LJL)

PLEASE TAKE NOTICE that upon the Complaint in the above-captioned action; the Indictment in criminal case *United States v. Charlie Javice*, 23 Cr. 251 (AKH); and the accompanying memorandum of law, the United States of America, by its attorney Damian Williams, United States Attorney for the Southern District of New York, hereby moves this Court, under Rule 24 of the Federal Rules of Civil Procedure, for an order authorizing intervention by the United States and staying discovery in the civil proceedings until the conclusion of the parallel criminal case, *United States v. Charlie Javice*, 23 Cr. 251 (AKH), and for such other relief as the court deems just and proper.

Dated: New York, New York
       May 24, 2023

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/ Micah F. Fergenson
      Micah F. Fergenson
      Dina McLeod
      Assistant United States Attorneys
      Telephone: (212) 637-2190 / -1040