```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/25/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
SECURITIES AND EXCHANGE COMMISSION,                                :
                                                                   :
                       Plaintiff,                                  :
                                                                   :    23-cv-02795 (LJL)
          -v-                                                      :
                                                                   :    ORDER
CHARLIE JAVICE,                                                    :
                                                                   :
                       Defendant.                                  :
                                                                   :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The initial pretrial conference scheduled for June 7, 2023 at 10:00 a.m. is adjourned *sine die*. Oral argument is scheduled on the motion to intervene and to stay discovery (Dkt. No. 19) for June 16, 2023 at 10:00 a.m. in Courtroom 15C at the 500 Pearl Street Courthouse.

SO ORDERED.

Dated: May 25, 2023
       New York, New York
                                              LEWIS J. LIMAN
                                              United States District Judge