

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 2, 2023

**BY ECF**

The Honorable Lewis J. Liman
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Securities and Exchange Commission v. Charlie Javice, 23 Civ. 02795 (LJL)

Dear Judge Liman:

    The Court has scheduled oral argument on the United States' motion to intervene and stay discovery for June 16, 2023, at 10 a.m. (Dkt. 21). Due to a scheduling conflict, the United States writes, with the consent of the defendant and the Securities and Exchange Commission, to respectfully request that the Court reschedule oral argument for June 14, 2023, a date when the parties are generally available.[1]

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: *[signature]*
Micah F. Fergenson
Dina McLeod
Assistant United States Attorneys
(212) 637-2190 / -1040

cc: Counsel of Record (by ECF)

---

[1] If June 14 is not convenient for the Court, the parties are available to coordinate with the Court's chambers staff on alternative dates.