UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
SECURITIES AND EXCHANGE COMMISSION,      :
                                         :         23cv2795 (DLC)
                    Plaintiff,           :
                                         :            ORDER
         -v-                             :
                                         :
CHARLIE JAVICE and OLIVIER AMAR,         :
                                         :
                    Defendants.          :
                                         :
-----------------------------------------X

DENISE COTE, District Judge:

    This action was filed on April 4, 2023.  In an Opinion and

Order of June 20, discovery in the case was stayed.  SEC v.

Javice, No. 23-cv-2795 (LJL), 2023 WL 4073797 (S.D.N.Y. June 20,

2023).  The case was reassigned to this Court on July 20.  It is

hereby

    ORDERED that a joint status report is due October 20, 2023.


Dated:   New York, New York
         July 21, 2023


                              _____
                                      DENISE COTE
                              United States District Judge