

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

**Division of
Enforcement**

October 20, 2023

**By ECF**
Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *SEC v. Charlie Javice, et al.*, 23 Civ. 2795 (DLC)

Dear Judge Cote:

      Plaintiff Securities and Exchange Commission ("SEC") and Defendants Charlie Javice ("Ms. Javice") and Oliver Amar ("Mr. Amar") respectfully submit this joint status report pursuant to the Court's July 21, 2023 order. (Dkt. 44.)

      By way of background, on April 4, 2023, the SEC filed a civil complaint in this matter against Ms. Javice. (Dkt. 1.)  On May 24, 2023, the United States Attorney's Office for the Southern District of New York ("USAO") moved to intervene and stay discovery in this action until the conclusion of the USAO's parallel criminal case, captioned *United States v. Javice et al.*, 23 Cr. 251 (AKH) (S.D.N.Y.). (Dkt. 34.).  Ms. Javice opposed.  (Dkt. 29.)  Following oral argument, the Court granted the USAO's motion, over Ms. Javice's objection.  (Dkt. 34.)  On June 26, 2023, the Court granted Ms. Javice's unopposed request to extend time to respond to the SEC's complaint until 21 days after expiration of the stay.  (Dkt. 38.)  On July 12, 2023, the SEC filed an amended complaint, which, among other changes, added claims against Mr. Amar.  (Dkt. 41.)  On September 8, 2023, the Court granted Mr. Amar's unopposed request to extend time to respond to the SEC's complaint until 21 days after expiration of the stay.  (Dkt. 47.)

      The USAO's parallel criminal case remains pending before the Honorable Alvin K. Hellerstein. The next conference in that matter is scheduled for November 2, 2023.  Accordingly, the parties respectfully request that this Court set a date of January 3, 2023, for the submission of an additional joint status report in this action.

                                  Respectfully submitted,

                                    /s/

                                  Daniel Loss
                                  Senior Trial Counsel

cc:      Counsel of record by ECF