

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

January 3, 2024

**By ECF**
Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *SEC v. Charlie Javice, et al.*, 23 Civ. 2795 (DLC)

Dear Judge Cote:

    Plaintiff Securities and Exchange Commission ("SEC") and Defendants Charlie Javice ("Ms. Javice") and Olivier Amar ("Mr. Amar") respectfully submit this joint status report pursuant to the Court's October 30, 2023 order. (Dkt. 49.)

    Since our last update (Dkt. 48), the Honorable Alvin K. Hellerstein has scheduled trial to commence on October 28, 2024 in the parallel criminal case, captioned *United States v. Javice et al.*, 23 Cr. 251 (AKH). The next conference in that matter is scheduled for January 17, 2024. Accordingly, the parties respectfully request that this Court set a date of April 3, 2024, for the submission of an additional joint status report in this action.

                                                Respectfully submitted,

                                                /s/

                                                Daniel Loss
                                                Co-Regional Trial Counsel

cc:    Counsel of record by ECF