

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

June 14, 2024

**By ECF**
Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *SEC v. Charlie Javice, et al.*, 23 Civ. 2795 (DLC)

Dear Judge Cote:

    Plaintiff Securities and Exchange Commission ("SEC") and Defendants Charlie Javice and Olivier Amar respectfully submit this joint status report pursuant to the Court's January 4, 2024 order. (Dkt. 51.)

    Since our last update (Dkt. 50), there has been no change to the scheduled October 28, 2024 trial date in the parallel criminal case, captioned *United States v. Javice et al.*, 23 Cr. 251 (AKH). The next conference in that matter is scheduled for July 11, 2024. Accordingly, the parties respectfully request that this Court set a date of November 15, 2024, for the submission of an additional joint status report in this action.

                                    Respectfully submitted,

                                    /s/ Wesley W. Wintermyer

                                  Wesley W. Wintermyer
                                  Counsel

cc:    Counsel of record by ECF

Granted,

/s/ Denise Cote
6/14/24