

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

November 15, 2024

**By ECF**
Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *SEC v. Charlie Javice, et al.*, 23 Civ. 2795 (DLC)

Dear Judge Cote:

Plaintiff Securities and Exchange Commission and Defendants Charlie Javice and Olivier Amar respectfully submit this joint status report pursuant to the Court's June 14, 2024 order. (Dkt. 53.)

Since our last update (Dkt. 52), the trial date in the parallel criminal case, captioned *United States v. Javice et al.*, 23 Cr. 251 (AKH), was adjourned from October 28, 2024 to February 10, 2025. Accordingly, the parties respectfully request that this Court set a date of February 28, 2025, for the submission of an additional joint status report in this action.

Respectfully submitted,

Lindsay S. Moilanen
Assistant Regional Director

cc:   Counsel of record by ECF