

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

February 28, 2025

**By ECF**
Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *SEC v. Charlie Javice, et al.*, 23 Civ. 2795 (DLC)

Dear Judge Cote:

    Plaintiff Securities and Exchange Commission and Defendants Charlie Javice and Olivier Amar respectfully submit this joint status report pursuant to the Court's November 15, 2024 order. (Dkt. 55.)

    Since our last update (Dkt. 54), the trial in the parallel criminal case, captioned *United States v. Javice et al.*, 23 Cr. 251 (AKH), started on February 18, 2025, and is expected to last for four to six weeks. Accordingly, the parties respectfully request that this Court set a date of May 2, 2025, for the submission of an additional joint status report in this action.

                                                Respectfully submitted,

                                                /s/ Wesley W. Wintermyer

                                                Wesley W. Wintermyer
                                                Counsel

cc:    Counsel of record by ECF

*Granted.*

*/s/ Denise Cote*
*2/28/25*