

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

May 1, 2025

**By ECF**
Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *SEC v. Charlie Javice, et al.*, 23 Civ. 2795 (DLC)

Dear Judge Cote:

Plaintiff Securities and Exchange Commission and Defendants Charlie Javice and Olivier Amar respectfully submit this joint status report pursuant to the Court's February 28, 2025 order. (Dkt. 57.)

Since our last update (Dkt. 56), the jury in the parallel criminal case, captioned *United States v. Javice et al.*, 23 Cr. 251 (AKH), returned guilty verdicts on all counts against Ms. Javice and Mr. Amar on March 28, 2025. Sentencing for Mr. Amar is set for July 23, 2025, and sentencing for Ms. Javice is set for August 26, 2025. Accordingly, the parties respectfully request that this Court set a date of September 5, 2025, for the submission of an additional joint status report in this action.

Respectfully submitted,

/s/ Wesley W. Wintermyer

Wesley W. Wintermyer
Counsel

cc:   Counsel of record by ECF