

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

November 6, 2025

**By ECF**
Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *SEC v. Charlie Javice, et al.*, 23 Civ. 2795 (DLC)

Dear Judge Cote:

    Plaintiff Securities and Exchange Commission ("SEC") and Defendants Charlie Javice ("Ms. Javice") and Olivier Amar ("Mr. Amar") respectfully submit this joint status report pursuant to the Court's September 4, 2025 order. (Dkt. 62).

    Since our last update (Dkt. 61), the court in the parallel criminal case, captioned *United States v. Javice et al.*, 23 Cr. 251 (AKH), completed the sentencing of Ms. Javice on September 29, 2025, and the sentencing of Mr. Amar on November 5, 2025. Both Ms. Javice and Mr. Amar intend to appeal their convictions.

    As a result of the lapse in federal government appropriations, on October 1, 2025, most SEC personnel were furloughed (with limited exceptions) and are prohibited from working. SEC counsel assigned to this matter are furloughed for purposes of this matter and thus are not available to work on it. Employees are not permitted to work on a voluntary basis when furloughed. *See* 31 U.S.C. § 1342.

    Accordingly, the parties respectfully request that the Court set a deadline for a further joint status update of 14 days after appropriations are restored and that the case remain stayed until that date.

                          Respectfully submitted,

                          /s/ *Ben Kuruvilla*

                          Ben Kuruvilla

cc:    Counsel of record by ECF