

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

November 25, 2025

**By ECF**
Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *SEC v. Charlie Javice, et al.*, 23 Civ. 2795 (DLC)

Dear Judge Cote:

Plaintiff Securities and Exchange Commission ("SEC") and Defendants Charlie Javice ("Ms. Javice") and Olivier Amar ("Mr. Amar") respectfully submit this joint status report pursuant to the Court's November 6, 2025 order. (Dkt. No. 64).

Since our last update (Dkt. No. 63), Ms. Javice has appealed her conviction in the parallel criminal case, captioned *United States v. Javice et al.*, 23 Cr. 251 (AKH) ("parallel criminal case"). Mr. Amar also intends to appeal his conviction after the court in the parallel criminal case enters judgment.

Additionally, Ms. Javice and Mr. Amar recently filed motions for new trial in the parallel criminal case on November 19 and November 21, respectively. (*United States v. Javice et al.*, 23 Cr. 251 (AKH) at Dkt. Nos. 463, 465). These motions are currently pending. The parties have conferred and will provide the Court with a further update on Friday, January 9, 2026, to allow time for the court in the parallel criminal case to rule on the defendants' pending motions for new trial and for the parties to confer regarding next steps in this action.

Accordingly, the parties respectfully request that the Court set a date of January 9, 2026, for submission of a further joint status update.

Respectfully submitted,

/s/ *Ben Kuruvilla*

Ben Kuruvilla

cc:   Counsel of record by ECF