

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

**DIVISION OF**
**ENFORCEMENT**

April 27, 2026

**By ECF**
Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:     *SEC v. Charlie Javice, et al.*, 23 Civ. 2795 (DLC)

Dear Judge Cote:

      Plaintiff Securities and Exchange Commission ("SEC") and Defendants Charlie Javice ("Ms. Javice") and Olivier Amar ("Mr. Amar") respectfully submit this joint status report pursuant to the Court's March 30, 2026 order. (Dkt. 72).

      As noted in the parties' last joint status report (Dkt. 71), on March 24, 2026, the court in the parallel criminal case, captioned *United States v. Javice et al.*, 23 Cr. 251 (AKH) ("parallel criminal case"), denied both Ms. Javice's and Mr. Amar's motions for new trial. *United States v. Javice et al.*, 23 Cr. 251 (AKH) at Dkt. No. 493. Both Ms. Javice and Mr. Amar are now pursuing appeals of the judgments in the parallel criminal case. *Id.* at Dkt. Nos. 494 and 495. The SEC has conferred with the United States Attorney's Office for the Southern District of New York ("USAO") regarding the stay previously imposed in this matter due to the pending parallel criminal case. The USAO has advised the SEC that the USAO requests that the stay of this case remain in place during the pendency of the appeals. Ms. Javice and Mr. Amar join in this request, and the SEC does not oppose the request. The parties have conferred and, in light of the foregoing developments, the parties respectfully propose that they will provide the Court with the next status update on or before July 27, 2026.

      Accordingly, the parties respectfully request that the Court set a date of July 27, 2026, for submission of a further joint status update.

              Respectfully submitted,

              /s/ *Ben Kuruvilla*

              Ben Kuruvilla

cc:    Counsel of record by ECF